Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Brewster Heights Packing & Orchards, LP** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **76-0707748** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **25985 State Hwy 97**<br>**Brewster, WA 98812**<br>Number, Street, City, State & ZIP Code | **PO Box 735**<br>**Brewster, WA 98812**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Okanogan**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ■ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

26-01136-FPC11   Doc 1   Filed 06/04/26   Entered 06/04/26 14:55:53   Pg 1 of 38

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1113__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

26-01136-FPC11    Doc 1    Filed 06/04/26    Entered 06/04/26 14:55:53    Pg 2 of 38

| List all cases. If more than 1, attach a separate list | Debtor | **See Rider 1** _____ | Relationship | **Affiliates** |
| | District | **Eastern District of Washington** | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   **See Attached Rider, 98812-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☑ Yes.   Insurance agency   **See Attached Rider**

Contact name   **Kiara Callaway**

Phone   **(208) 917-5681**

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

<table><tr><td> </td><td>**Request for Relief, Declaration, and Signatures**</td></tr></table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  4, 2026**
MM / DD / YYYY

**X** **/s/ Brooke McGuire**                **Brooke McGuire**
Signature of authorized representative of debtor        Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**

**X** **/s/ Thomas A. Buford**            Date **June  4, 2026**
Signature of attorney for debtor            MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 4630**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone  **(206) 292-2110**    Email address  **tbuford@bskd.com**

**WSBA 52969 WA**
Bar number and State

26-01136-FPC11    Doc 1    Filed 06/04/26    Entered 06/04/26 14:55:53    Pg 4 of 38

Debtor    **Brewster Heights Packing & Orchards, LP**           Case number *(if known)* _____
        Name

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/04/2026
           MM / DD / YYYY

X _____      **Brooke McGuire**
   Signature of authorized representative of debtor      Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**

X _____      Date _____
   Signature of attorney for debtor          MM / DD / YYYY

**Thomas A. Buford**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 4630**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **(206) 292-2110**      Email address    **tbuford@bskd.com**

**WSBA 52969 WA**
Bar number and State

26-01136-FPC11    Doc 1    Filed 06/04/26    Entered 06/04/26 14:55:53    Pg 5 of 38

# RESOLUTION
## OF THE BOARD OF DIRECTORS OF
## GEBBERS ORCHARDS, INC.

The undersigned, being the board of directors of Gebbers Orchards, Inc. (the "Corporation"), the sole general partner of Brewster Heights Packing and Orchards, LP (the "Company") do hereby consent and agree to the following recitals and resolutions pursuant to the Limited Partnership Agreement of the Company and the Chapter 25.10 Revised Code of Washington:

## BANKRUPTCY CASE

**WHEREAS**, the Corporation reviewed the materials presented by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company and certain of its subsidiaries and affiliates, the strategic alternatives available to them, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Corporation and the board of directors of the Corporation (the "Board") has had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives to the Company.

I.      **Voluntary Petitions Under Chapter 11 of Title 11 of the United States Code**.

**NOW, THEREFORE, IT IS HEREBY**

**RESOLVED**, that in the judgment of the Corporation and the Board, it is desirable and in the best interests of the Company, its creditors, and other parties in interest, that the Corporation; the Company; and its subsidiaries C&M II, LLC; D&E Storage, LLC; Eastco, LLC; GF SA, LLC; Northco, LLC; P&G Orchards, LLC; REPO, LLC; TJF Properties, LLC; and Westco Orchards, LLC file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code on or about June 4, 2026; and

**FURTHER RESOLVED**, that each of Daniel Gebbers and Brooke McGuire, and such other officers as may be designated by one of the foregoing individuals (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief.

II.     **Retention of Professionals**.

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ Katten Muchin Rosenman LLP ("Katten") as general bankruptcy counsel, Bush Kornfeld LLP ("Bush Kornfeld") as general bankruptcy co-counsel, Peter Richter as financial consultant, Enrique Acevedo and Greg Hill, as financial advisors, Capstone Capital Markets LLC ("Capstone") as investment banker, and Stretto, Inc. ("Stretto") as administrative, notice, and claims agent to

305209731v2

represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Katten, Bush Kornfeld, Peter Richter, Enrique Acevedo, Greg Hill, Capstone, and Stretto;

**FURTHER RESOLVED**, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

## III.     DIP Financing Agreement.

**FURTHER RESOLVED**, that the forms, terms, and provisions of that certain DIP Loan Term Sheet (the "DIP Term Sheet") by and among the Company and certain of its co-debtor affiliates, each as debtors and debtors-in-possession in cases pending under chapter 11 of the Bankruptcy Code, on the one hand, and Sandton Capital Solutions Master Fund VI, LP (the "DIP Lender"), on the other hand, and the Company's performance of its obligations under the DIP Term Sheet and any interim or final order entered in the Company's chapter 11 cases be (any such order, a "DIP Order"), be and hereby are, in all respects, approved; and further resolved that the form, terms and provisions of the loan agreements and documents ancillary to the DIP Term Sheet (together with the DIP Term Sheet, the "DIP Loan Documents") are hereby in all respects approved, and the Authorized Officers, acting alone or with one or more Authorized Officers be, and hereby is, authorized and empowered to execute and deliver the DIP Loan Documents, in the name and on behalf of the Company under its corporate seal or otherwise substantially in the forms reviewed by one or more Authorized Officers, with such changes therein and modifications and amendments thereto as any Authorized Officer or Officers may in his, her, or their sole discretion approve, which approval shall be conclusively evidenced by his, her, or their execution thereof;

**FURTHER RESOLVED**, that in the judgment of the Board, it is in the best interests of the Company, its creditors, and other parties in interest, and in pursuit of its corporate purposes as an integral part of the business conducted and proposed to be conducted by the Company and its debtor affiliates to make the agreements provided for in the DIP Loan Documents, and that doing so is necessary and convenient (i) in connection with the business conducted and proposed to be conducted by the Company, and (ii) to induce the DIP Lender to enter into the DIP Loan Documents and to extend credit thereunder;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and empowered to take all such further actions including, without limitation, to pay

305209731v2

all fees and expenses, in accordance with the terms of the DIP Loan Documents, to arrange for and enter into supplemental agreements, amendments, instruments, certificates, or documents relating to the transactions contemplated by the DIP Loan Documents, and to execute and deliver all such supplemental agreements, amendments, instruments, certificates, or documents in the name and on behalf of the Company under its corporate seal or otherwise, which shall in their sole judgment be necessary, proper or advisable in order to perform the Company's obligations under or in connection with the DIP Loan Documents and the transactions contemplated therein; and to carry out fully the intent of the foregoing resolutions;

FURTHER RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and empowered to execute and deliver any amendments, restatements, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Loan Documents which shall in their sole judgment be necessary, proper or advisable; and

FURTHER RESOLVED, that all acts and actions taken by the Authorized Officers prior to the date hereof with respect to the transactions contemplated by the DIP Loan Documents be, and hereby are, in all respects confirmed, approved, and ratified.

## FURTHER ACTIONS AND PRIOR ACTIONS

FURTHER RESOLVED, that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

BE IT RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

Dated this 3rd day of June, 2026.

Johnny Gebbers

Robert Warshauer

Craig A. Barbarosh

305209731v2

As of the date hereof, each of the entities listed below (the "Debtors") filed a petition in the Bankruptcy Court for the Eastern District of Washington for relief under chapter 11 of title 11 of the United States Code. The Debtors will move for joint administration of these cases under the case number assigned to the chapter 11 case of Brewster Heights Packing & Orchards, LP.

1. Brewster Heights Packing & Orchards, LP.
2. C&M II, LLC
3. D&E Storage, LLC
4. Eastco, LLC
5. Gebbers Farms, Inc.
6. Gebbers Orchards, Inc.
7. GF SA, LLC
8. Northco, LLC
9. P&G Orchards, LLC
10. REPO, LLC
11. TJF Properties, LLC
12. Westco Orchards, LLC
13. Westco Sales, Inc.

**Rider to Voluntary Petition, Question 12 – Real Property That Needs Immediate Attention**

**Property Locations:**

The following Debtors own real property in Okanagan, Douglas, and Chelan counties within the State of Washington, on which they maintain orchards.

- Brewster Heights Packing & Orchards, LP
- C&M II, LLC
- D&E Storage, LLC
- Eastco, LLC
- Gebbers Farms, Inc.
- Gebbers Orchards, Inc.
- Northco, LLC
- P&G Orchards, LLC
- REPO, LLC
- TJF Properties, LLC
- Westco Orchards, LLC

**Insurance Companies:**

The following insurance companies provide insurance coverage for the above-referenced property for the above-referenced Debtors:

- Lloyds of London
- Kinsale Insurance Company
- Axis Surplus Insurance Company
- Arch Specialty Insurance Company
- Starr Surplus Lines Insurance Company
- MSIG Specialty Insurance USA
- Fidelis Underwriting Limited
- Safehold
- Chubb European Group SE
- Philadelphia Insurance Company

Contact Name: Kiara Callaway
Phone: (208) 917-5681

Debtor name    **Brewster Heights Packing & Orchards, LP**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 4, 2026**     *X* **/s/ Brooke McGuire**
                                               Signature of individual signing on behalf of debtor

                                               **Brooke McGuire**
                                               Printed name

                                               **Chief Financial Officer**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Brewster Heights Packing & Orchards, LP**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **6/4/2026**     X _____
                                     Signature of individual signing on behalf of debtor

                                   **Brooke McGuire**
                                   Printed name

                                   **Chief Financial Officer**
                                   Position or relationship to debtor

Debtor name  **Brewster Heights Packing & Orchards, LP**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF WASHINGTON**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AmeriGas National Accounts DEPT CH - PO BOX 10525 PALATINE, IL 60055-0525** | | | | | | **$242,383.00** |
| **Chamberlin Agriculture 590 N. CHAMBERLIN WAY EAST WENATCHEE, WA 98802** | | | | | | **$136,951.00** |
| **Epiq Ediscov Solutions Inc 777 Third Avenue, 12th Floor NEW YORK, NY 10017** | | | | | | **$107,616.00** |
| **Faegre Drinker LLP 2200 Wells Fargo Center 90 S Seventh Street Minneapolis, MN 55402** | | | | | | **$125,475.00** |
| **Fruit Packers Supply 1102 N. 16TH AVENUE YAKIMA, WA 98902** | | | | | | **$1,225,415.00** |
| **H.R. Spinner PO BOX 24541 SEATTLE, WA 98124-0541** | | | | | | **$442,879.00** |
| **Hi-Lo Orchard, Lp 686 CONCONULLY ROAD OKANOGAN, WA 98840** | | | | | | **$308,962.00** |

26-01136-FPC11   Doc 1   Filed 06/04/26   Entered 06/04/26 14:55:53   Pg 13 of 38

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kelly Knapp 608 LAGRANGE RD. Okanogan, WA 98840** | | | | | | $89,848.00 |
| **Maverick Orchards, Inc 75 Mountain View Drive Brewster, WA 98812** | | | | | | $534,728.00 |
| **Mid Columbia Forklift, Inc PO BOX 9667 YAKIMA, WA 98909-0667** | | | | | | $211,175.00 |
| **Northwest Wholesale Inc 5416 ENTERPRISE DRIVE EAST WENATCHEE, WA 98802** | | | | | | $1,680,876.00 |
| **Nutrien Ag Solutions, Inc. P.O BOX 1456 OKANOGAN, WA 98840** | | | | | | $2,513,957.00 |
| **OROVILLE-TONASKET IRRIG. PO BOX 1729 Oroville, WA 98844** | | | | | | $64,579.00 |
| **Pacific Label 5607 SYCAMORE DR YAKIMA, WA 98901** | | | | | | $62,941.00 |
| **Sierra Aeronautics,LLC Inc PO BOX 3638 OMAK, WA 98841** | | | | | | $390,963.00 |
| **Tiverton Advisors, LLC 301 Hillsborough St., Suite 1020 Raleigh, NC 27603** | | | | | | $488,198.00 |
| **WAFLA 975 CARPENTER RD NE SUITE #201 LACEY, WA 98516** | | | | | | $807,300.00 |
| **WEX BANK (EXXON MOBIL) PO BOX 6293 Carol Stream, IL 60197-6293** | | | | | | $88,883.00 |

26-01136-FPC11   Doc 1   Filed 06/04/26   Entered 06/04/26 14:55:53   Pg 14 of 38

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Whitley Fuel PO BOX 907 OKANOGAN, WA 98840** | | | | | | **$115,035.00** |
| **Wilbur-Ellis Company LLC 7 EAST WASHINGTON AVE. YAKIMA, WA 98903** | | | | | | **$2,705,180.00** |

26-01136-FPC11    Doc 1    Filed 06/04/26    Entered 06/04/26 14:55:53    Pg 15 of 38

# United States Bankruptcy Court
## Eastern District of Washington

In re **Brewster Heights Packing & Orchards, LP**

Debtor(s)

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 4, 2026**

**/s/ Brooke McGuire**

**Brooke McGuire**/**Chief Financial Officer**
Signer/Title

# United States Bankruptcy Court
## Eastern District of Washington

In re __Brewster Heights Packing & Orchards, LP__

Debtor(s)

Case No. _____

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __6/4/2026__

__Brooke McGuire/Chief Financial Officer__
Signer/Title

Brewster Heights Packing & Orchards, LP
PO Box 735
Brewster, WA 98812


Thomas A. Buford
Bush Kornfeld LLP
601 Union St., Suite 4630
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


ADF Helicopters I, LP
P.O. BOX 2108
BREWSTER, WA 98812


Ag Solutions Capital (Happy Valley USA C
ONE ENBARCADER CENTER
SAN FRANCISCO, CA 94111


AG SUPPLY COMPANY
PO BOX 599
WENATCHEE, WA 98807

ALL SEASONS STORAGE &
611 EAST WOODIN AVENUE
CHELAN, WA 98816


AmeriGas
DEPT CH - PO BOX 10525
PALATINE, IL 60055-0525


AmeriGas National Accounts
DEPT CH - PO BOX 10525
PALATINE, IL 60055-0525


AMERIGAS PROPANE
PO BOX 660288
DALLAS, TX 75266-0288


AMMONIA COMPLIANCE CONSULTING, INC.
111 NE L STREET
QUINCY, WA 98848


APPLEHOUSE WH & STORAGE
PO BOX 247
BREWSTER, WA 98812


AT&T Mobility
PO BOX 6463
CAROL STREAM, IL 60197-6463


AWETA AMERICAS, INC.
4516 E. CITRON AVE.
FRESNO, CA 93725


Backstop Ag Capital
P.O. Box 39
BREWSTER, WA 98812

BMO
PO Box 515274
Los Angeles, CA 90051-6574


BMO Bank N.A.
PO BOX 515274
LOS ANGELES, CA 90051-6574


BORTON & SONS
2550 BORTON ROAD
YAKIMA, WA 98903


Brewster Flat Domestic Water
94C MOUNTAIN VIEW DR.
BREWSTER, WA 98812


BREWSTER FUEL, LLC
PO BOX 368
BREWSTER, WA 98812


BRIAN THOMPSON
PO BOX 1564
BREWSTER, WA 98812


BUREAU VERITAS
560 Naches Ave SW #100
Renton, WA 98057


CAPITAL PRESS
1400 Broadway St. NE
Salem, OR 97301


Cascade & Columbia RR Corp
C/O GENESEE & WY.RR SVCS.
27603 NETWORK PLACE
CHICAGO, IL 60673-1276

Cascade Holdings Group, LP
PO BOX 7
BREWSTER, WA 98812


CASCADE QUALITY WATER
PO BOX 2199
WENATCHEE, WA 98807


CASCADE WIND MACHINE INC.
PO BOX 9308
YAKIMA, WA 98909


Cass Cherries
P.O. BOX 1448
BREWSTER, WA 98812


CASS GEBBERS
P.O. BOX 1448
BREWSTER, WA 98812


CASS ORCHARDS, LLC
PO BOX 1448
BREWSTER, WA 98812


CED WENATCHEE
PO BOX 888830
LOS ANGELES, CA 90088-8830


Centurylink
PO BOX 52187
PHOENIX, AZ 85072-2187


Chamberlin Agriculture
590 N. CHAMBERLIN WAY
EAST WENATCHEE, WA 98802

CHELAN CO TREASURER
PO BOX 1441
WENATCHEE, WA 98801


Chelan County PUD
PO BOX 1231
WENATCHEE, WA 98801


Chelan County Treasurer
PO BOX 1441
WENATCHEE, WA 98801


CHELAN PRINTING & CUSTOM
PO BOX 2180
CHELAN, WA 98816


CI SUPPORT LLC INC
PO BOX 7346
KENNEWICK, WA 99336


CINTAS CORPORATION LOC 607
P.O. BOX 650838
DALLAS, TX 75265-0838


CINTAS FIRST AID & SAFETY
P.O. BOX 631025
CINCINNATI, OH 45263-1025


City of Brewster
PO BOX 340
BREWSTER, WA 98812


City of Oroville
PO BOX 2200
OROVILLE, WA 98844-2200

City of Pateros
PO BOX 8
PATEROS, WA 98846


CO-ENERGY
PO BOX 3998 CUSTOMER #0024057
PASCO, WA 99302


COLUMBIA ELECTRIC SUPPLY
PO BOX 888855
LOS ANGELES, CA 90088-8855


Colville Agency - BIA
DEPT. C114 PO BOX 979121
ST. LOUIS, MO 63197-9000


CROWN PAPER & JANITORIAL
5937 N CUTTER CIRCLE
PORTLAND, OR 97217


CUSTOM APPLE PACKERS
PO BOX 4640
WENATCHEE, WA 98807


DAN R. TARBERT
206 CASCADE VIEW COURT
EAST WENATCHEE, WA 98802


DAVIS ARNEIL LAW FIRM, LLP
617 WASHINGTON ST
WENATCHEE, WA 98801


DAVIS WRIGHT TREMAINE LLP
920 FIFTH AVE, SUITE 3300
SEATTLE, WA 98104

DELTATRAK, INC
PO BOX 4115
MODESTO, CA 95352


Department of Natural Resources
FINANCIAL MGMT DIVISION
PO BOX 47041
OLYMPIA, WA 98504-7041


Department of Public Works
1234 A 2ND AVE S.
OKANOGAN, WA 98840


DEPT OF LICENSING
PO BOX 1010
OKANOGAN, WA 98840


DEPT OF NATURAL RESOURCES
PO BOX 47041
OLYMPIA, WA 98504-7041


Derek & Shellie Barroca
1705 PINE CREEK
TONASKET, WA 98855


DOUGLAS CO TREASURER
P.O. BOX 609
WATERVILLE, WA 98858


Douglas County PUD
1151 VALLEY MALL PARKWAY
EAST WENATCHEE, WA 98802-4497


Douglas County Treasurer
P.O. BOX 609
WATERVILLE, WA 98858

Epiq Ediscov Solutions Inc
777 Third Avenue, 12th Floor
NEW YORK, NY 10017


Faegre Drinker LLP
2200 Wells Fargo Center
90 S Seventh Street
Minneapolis, MN 55402


Faegre Drinker LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402


FASTENAL COMPANY
PO BOX 978
WINONA, MN 55987


Ferrellgas
PO BOX 660079
DALLAS, TX 75266-0079


FLYNN PACKAGING
PO BOX 2261
WENATCHEE, WA 98807


Fruit Packers Supply
1102 N. 16TH AVENUE
YAKIMA, WA 98902


GAMBLE LUMBER COMPANY
PO BOX 7
BREWSTER, WA 98812

Gebbers Farm Services LLC
PO BOX 735
BREWSTER, WA 98812


Gebbers Health Insurance
PO BOX 735
BREWSTER, WA 98812


GRAINGER
PO BOX 419267
KANSAS CITY, MO 64141-6267


GRAPHIC LABEL INC
PO BOX 508
YAKIMA, WA 98907


GREEN PETROLEUM LLC
PO BOX 1240
CHELAN, WA 98816


H & K CONSULTING SERVICES
1501 N. ASHLAND AVE
EAST WENATCHEE, WA 98802


H.R. Spinner
PO BOX 24541
SEATTLE, WA 98124-0541


HANDY KAN SANITATION LLC
PO BOX 172
BREWSTER, WA 98812


Hi-Lo Orchard, Lp
686 CONCONULLY ROAD
OKANOGAN, WA 98840

Highland Refrigeration Inc
4250 24TH AVENUE WEST
SEATTLE, WA 98199


HMJD ORCHARDS, LP
PO BOX 9
BREWSTER, WA 98812


HOME DEPOT CREDIT SERVICES
PO BOX 9001030
LOUISVILLE, KY 40290-1030


HURST INTERNATIONAL, LLC
PO BOX 5169
CHATSWORTH, CA 91311-5169


INN AT GAMBLE SANDS
PO BOX 858
BREWSTER, WA 98812


Internal Revenue Service
Gregory M. Hahn & Patsy A. Clarke
915 2nd Ave., Rm. 2704 MS W670
Seattle, WA 98174


Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
P. O. Box 7317
Philadelphia, PA 19101-7317


JASON THOMPSON
PO BOX 142
BREWSTER, WA 98812

JOHN HOWARD GEBBERS
PO BOX 7
BREWSTER, WA 98812


Kelly Knapp
608 LAGRANGE RD.
Okanogan, WA 98840


KELLY'S HARDWARE
PO BOX 188
CHELAN, WA 98816


Larry Poirier
P.O. BOX 2038
CHELAN, WA 98816


LEONARDO LOPEZ-GARCIA
PO BOX 1287
BREWSTER, WA 98812


Lockton
WEST SERIES OF LOCKTON DEPT# 42245
DALLAS, TX 75265-0823


Lockton
WEST SERIES OF LOCKTON
DEPT# 42245
DALLAS, TX 75265-0823


LONG BUSINESS FORMS
PO BOX 1299
WENATCHEE, WA 98807


Mac & Cass
PO BOX 9
BREWSTER, WA 98812

Mac & Cass and NCNB
PO BOX 9
BREWSTER, WA 98812


MAC & CASS GEBBERS PTRS LP
PO BOX 9
BREWSTER, WA 98812


Mac & Cass Nursery
PO BOX 9
BREWSTER, WA 98812


Mac & Franco Orchard
PO BOX 9
BREWSTER, WA 98812


MAC GEBBERS
PO BOX 9
BREWSTER, WA 98812


Mac Orchards, LLC
PO BOX 9
BREWSTER, WA 98812


Mark Egerton
PO BOX 691
OROVILLE, WA 98814


Maverick Orchards, Inc
75 Mountain View Drive
Brewster, WA 98812


MCMASTER-CARR INC
PO BOX 7690
CHICAGO, IL 60680

Mid Columbia Forklift, Inc
PO BOX 9667
YAKIMA, WA 98909-0667


MIDWAY BUILDING SUPPLY
203 SE PARK PLAZA DR
VANCOUVER, WA 98684


MIKE MARCELLAY
P.O. BOX 594
BREWSTER, WA 98812


Morgan & Son Excavation
19 HARRIS ROAD
OKANOGAN, WA 98840


NCI DataCom Inc
626 OKOMA DRIVE
OMAK, WA 98841


Nespelem Valley Electric
PO BOX 31
NESPELEM, WA 99155


NORTH CASCADES PROPANE
PO BOX 157
TWISP, WA 98856


Northwest Wholesale Inc
5416 ENTERPRISE DRIVE
EAST WENATCHEE, WA 98802


Nutrien Ag Solutions, Inc.
P.O BOX 1456
OKANOGAN, WA 98840

NUTRIEN AG SOLUTIONS,INC
P.O BOX 1456
OKANOGAN, WA 98840


O'Connell Drilling
PO BOX 1845
BREWSTER, WA 98812


O'Connell Drilling &
PO BOX 1845
BREWSTER, WA 98812


OKANOGAN CO TREASURER
PO BOX 111
OKANOGAN, WA 98840


Okanogan County PUD
PO BOX 187
BREWSTER, WA 98812


Okanogan County Treasure
PO BOX 111
OKANOGAN, WA 98840


Okanogan Valley Disposal
32707 HWY 97
OROVILLE, WA 98844


OPHIR ORCHARDS
PO BOX 9
BREWSTER, WA 98812


ORO-TECH AUTOMOTIVE LLC
1513 MAIN ST
OROVILLE, WA 98844

OROVILLE-TONASKET IRRIG.
PO BOX 1729
Oroville, WA 98844


OUT WEST AG, LLC
PO BOX 2018
BREWSTER, WA 98812


OXARC INC
4003 EAST BROADWAY
PO BOX 2605
SPOKANE, WA 99220-2605


Pacific Label
5607 SYCAMORE DR
YAKIMA, WA 98901


PAPE MACHINERY
355 GOODPASTURE ISLAND RD
EUGENE, OR 97401


PENSER NORTH AMERICA INC.
PO BOX 4047
WEST RICHLAND, WA 99353-4040


Prudential Financial
PO Box 981503
Boston, MA 02298-1503


PUD CHELAN COUNTY
PO BOX 1231
WENATCHEE, WA 98801


PUD OKANOGAN CO
PO BOX 187
BREWSTER, WA 98812

RABO AGRIFINANCE
PO BOX 790408
ST. LOUIS, MO 63179-0408


RANGE CONTRACTING LLC
201 S BRIDGE STREET
PO BOX 368
BREWSTER, WA 98812


REGGIE COLLINS
246 W. MANSON HWY #228
CHELAN, WA 98816


SHIFLETT'S INC.
5508 INDUSTRY LN
EAST WENATCHEE, WA 98802


Sierra Aeronautics,LLC Inc
PO BOX 3638
OMAK, WA 98841


Snyder Flat, LLC
PO BOX 735
BREWSTER, WA 98812


Starlink


Starlink
1 Rocket Rd
Hawthorne, CA 90250


TACOMA SCREW PRODUCTS INC.
2001 CENTER ST
TACOMA, WA 98409-7895

TAYLOR ORCHARDS GROUP, LP
PO BOX 1095
BREWSTER, WA 98812


TAYLOR RENTAL PROPERTIES
PO BOX 1095
BREWSTER, WA 98812


TGW HOLDINGS, LLC
PO BOX 1448
BREWSTER, WA 98812


The Prudential Insurance Company Of Amer
PO BOX 981503
BOSTON, MA 02298-1503


The VIP Agency Group LLC
1001 US-97
BREWSTER, WA 98812


Tiverton Advisors, LLC
301 Hillsborough St., Suite 1020
Raleigh, NC 27603


Tiverton Advisors, LLC
301 Hillsborough St. #1020
Raleigh, NC 27603


TRIPLE G CLEANOUT SERVICES
726 CHERRY STREET
PO BOX 652
SUMAS, WA 98296-9649


TYPE 1 RENTALS, LLC
PO BOX 1095
BREWSTER, WA 98812

United States Treasury
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0039


USI Insurance Services NW
PO BOX 62949
VIRGINIA BEACH, VA 23466


Van Doren Sales
PO BOX 9401
YAKIMA, WA 98909


Verizon Wireless
PO BOX 660108
DALLAS, TX 75266-0108


WAFLA
975 CARPENTER RD NE SUITE #201
LACEY, WA 98516


WAFLA
975 CARPENTER RD NE #201
LACEY, WA 98516


Wash Apple Commission
2900 EUCLID AVE.
WENATCHEE, WA 98801


Washington Department of Revenue
630 N CHELAN AVE, STE B3
WENATCHEE, WA 98801-6622


Washington State Department of Licensing
PO BOX 1010
OKANOGAN, WA 98840

WASHINGTON TRUST BANK
P.O. BOX 2127
SPOKANE, WA 99210-2127


Wastewise Methow
PO BOX 656
TWISP, WA 98856


WASTEWISE METHOW, INC.
PO BOX 656
TWISP, WA 98856


We Ag Finance
7 EAST WASHINGTON AVE.
YAKIMA, WA 98903


WESMAR COMPANY, INC.
5720 204TH ST SW
LYNNWOOD, WA 98036


WESTERN SCALE INC.
PO BOX 9333
YAKIMA, WA 98909-0333


WESTMARK INDUSTRIES
6701 SW MCEWAN ROAD
LAKE OSWEGO, OR 97335


WEX BANK (EXXON MOBIL)
PO BOX 6293
Carol Stream, IL 60197-6293


Wheatland Bank
222 N WALL STREET
SPOKANE, WA 99201

Whitley Fuel
PO BOX 907
OKANOGAN, WA 98840


Wilbur-Ellis Company LLC
7 EAST WASHINGTON AVE.
YAKIMA, WA 98903


Ziply Fiber
P.O. BOX 740416
CINCINNATI, OH 45274-0416


Zippy Disposal Service
PO BOX 1717
CHELAN, WA 98816


ZIPPY DISPOSAL SERVICE INC
PO BOX 1717
CHELAN, WA 98816