AMY L. LAMBDIN, OH #0083748
Attorney for the United States Trustee
United States Department of Justice
920 West Riverside Avenue, Room 593
Spokane, Washington 99201
Telephone (509) 353-3647

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Lead Case No. 26-01136-FPC11 (Jointly Administered) |
| Brewster Heights Packing & Orchards, LP,[1] | Chapter 11 |
| Debtors. | APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE |

The United States Trustee hereby appoints the following creditors of the above-named debtors to the committee of unsecured creditors.

Sean Kinney, *Chair*
HR Spinner Corp.
PO Box 1361
Yakima, WA 98907
(509) 453-9111

Nancy Chase
Nutrien Ag Solutions
PO Box 943
Powhatan, VA 23139
(804) 432-2848

---

[1] The debtors are Brewster Heights Packing & Orchards, LP (Case No. 26-01136); Gebbers Farms Inc. (Case No. 26-01140); Gebbers Orchards, Inc. (Case No. 26-01141); C&M II, LLC (Case No. 26-01137); D&E Storage, LLC (Case No. 26-01138); Eastco, LLC (Case No. 26-01139); GF SA, LLC (Case No. 26-01142); Northco, LLC (Case No. 26-01143); P&G Orchards, LLC (Case No. 26-01144); REPO, LLC (Case No. 26-01145); TJF Properties, LLC (Case No. 26-01146); Westco Orchards, LLC (Case No. 26-01147); and Westco Sales, Inc. (Case No. 26-01148) (collectively, the "Chapter 11 Cases").

Joe Crum
Wilbur-Ellis Company, LLC
920 N. Argonne Rd., Suite 304
Spokane Valley, WA 99212
(307) 650-1123

James Samuell
Sierra Aeronautics, LLC
40 Sulphur Springs Church Road
Franklin, KY 42134
(606) 748-4443

Jack Jefferson
Chamberlin Agriculture
590 N. Chamberlin Way
East Wenatchee, WA 98802
(509) 300-9511

Brian Whitley
Whitley Fuel
PO Box 907
Okanogan, WA 98840
(509) 422-3120

Brian Koenig
Pacific Label
5607 Sycamore Drive
Yakima, WA 98901
(509) 834-3183

Rodney Van Orman
Northwest Wholesale, Inc.
5416 Enterprise Drive
East Wenatchee, WA 98002
(509) 899-3785

Enrique Gastelum
WAFLA
975 Carpenter Rd. NE, Suite 201
Lacey, WA 98516
(360) 342-6137

The United States Trustee reserves the right to reconstitute the Committee as appropriate based on subsequently filed schedules, statements, claims information, or other developments in the case.

Respectfully submitted,

JONAS V. ANDERSON
Acting United States Trustee

/s/ Amy L. Lambdin
AMY L. LAMBDIN
Attorney for the United States Trustee