Alan D. Smith WSBA No.24964
Paul S. Jasper (*pro hac vice forthcoming*)
Bradley A. Cosman (*pro hac vice forthcoming*)
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: 206.359.8000
Alan.Smith@ashurstperkins.com
Paul.Jasper@ashurstperkins.com
Brad.Cosman@ashurstperkins.com

*Proposed Counsel to the Official Committee of
Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Case No. 26-01136-FPC11 |
| Brewster Heights Packing & Orchards, *et al.*[1] | (Jointly Administered) |
| Debtors. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

**PLEASE TAKE NOTICE** that Ashurst Perkins Coie US LLP ("Ashurst Perkins Coie"), herby enters its appearance as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee").

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Ashurst Perkins Coie request that any and all notices and pleadings given or required to be given in the above-captioned chapter 11 cases, and any

[1] The debtors are Brewster Heights Packing & Orchards, LP (Case No. 26-01136); Gebbers Farms Inc. (Case No. 26-01140); Gebbers Orchards, Inc. (Case No. 26-01141); C&M II, LLC (Case No. 26-01137); D&E Storage, LLC (Case No. 26-01138); Eastco, LLC (Case No. 26-01139); GF SA, LLC (Case No. 26-01142); Northco, LLC (Case No. 26-01143); P&G Orchards, LLC (Case No. 26-01144); REPO, LLC (Case No. 26-01145); TJF Properties, LLC (Case No. 26-01146); Westco Orchards, LLC (Case No. 26-01147); and Westco Sales, Inc. (Case No. 26-01148) (collectively, the "Chapter 11 Cases").

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE –1

ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

187774160.1

and all papers served or required to be served in the above-captioned chapter 11 cases, be given and served upon Ashurst Perkins Coie at the offices, addresses, telephone numbers, and email addresses set forth below:

Alan D. Smith
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: 206.359.8000
Alan.Smith@ashurstperkins.com

Paul S. Jasper
**ASHURST PERKINS COIE US LLP**
505 Howard Street Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Paul.Jasper@ashurstperkins.com

Bradley A. Cosman
**ASHURST PERKINS COIE US LLP**
2525 E. Camelback Rd, Suite 500
Phoenix, AZ 85016
Telephone: 602.351.8000
Brad.Cosman@ashurstperkins.com

**PLEASE TAKE FURTHER NOTICE** that this notice and the requests included herein encompasses all notices, copies and pleadings referred to in section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"); Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); the Bankruptcy Local Rules for the Eastern District of Washington, and also includes, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, applications, pleadings, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, telephone, telex, telecopier or otherwise, which affect or seek to affect the above case, all of which shall be sent to the attorneys listed above.

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE –2

ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

187774160.1

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall constitute or be deemed or construed to be a waiver of any substantive or procedural rights of the Committee including, without limitation: (i) the right to have final orders in noncore matters entered only after *de novo* review by a judge of the United States District Court; (ii) the right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related to this case; (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; (v) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice; or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 29, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ Alan D. Smith*
Alan D. Smith WSBA No.24964
Paul S. Jasper (*pro hac vice forthcoming*)
Bradley A. Cosman (*pro hac vice forthcoming*)
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Telephone: 206.359.8000
Alan.Smith@ashurstperkins.com
Paul.Jasper@ashurstperkins.com
Brad.Cosman@ashurstperkins.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE –3

187774160.1

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system in this case. The Notice of Electronic Filing for the foregoing identifies all recipients.

By */s/ Alan D. Smith*
Alan D. Smith

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE – 1

ASHURST PERKINS COIE US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

187774160.1